NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**APOLLO PETROLEUM SOLUTIONS, LLC,**
*Plaintiff-Appellant*

**v.**

**NANO GAS TECHNOLOGIES, INC.,**
*Defendant-Appellee*

_____

2021-1538

_____

Appeal from the United States District Court for the Northern District of Illinois in No. 1:20-cv-02311, Senior Judge Harry D. Leinenweber.

_____

**JUDGMENT**

_____

JOSEPH P. CARRIER, Carrier, Blackman & Associates, P.C., Novi, MI, argued for plaintiff-appellant.  Also represented by FULCHAND PAIKUJI SHENDE.

EDWARD H. RICE, Law Office of Edward H Rice, LLC, Northbrook, IL, argued for defendant-appellee.  Also represented by MARINA SAITO, Miller, Canfield, Paddock and Stone, PLC, Chicago, IL.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 18, 2021         /s/ Peter R. Marksteiner
       Date              Peter R. Marksteiner
                         Clerk of Court